REC'D JUN 17 2020

Dear Circuit Clerk

I want to release my lawyer, ~~Gary~~ Wilson. He didn't do what I ask him to do. It is in my best interest to obtain a new ~~lawyer~~ lawyer. Thank you.

Sincerly

David Ross Craig
David Ross Craig