

David Ross Craig
Phelps Co. Jail Pod C
500 W. 2nd St
Rolla, Mo. 65401

REC'D JUN 17 2020

This correspondance is from an inmate incarcerated in the Phelps County Jail in Rolla Mo

U.S. Circuit Clerk
Sueit 1400
222 S. John Q Hammons Parkway
Springfield, Mo.
65806